THE HONORABLE BRIAN A. TSUCHIDA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ABDULLAHI KHALIF NOOR,<br><br>    Petitioner,<br><br>v.<br><br>MELISSA ANDREWJESKI,<br><br>    Respondent. | NO. 2:22-cv-00270-JHC-BAT<br><br>ORDER GRANTING AGREED MOTION FOR EXTENSION OF TIME TO FILE AN ANSWER |

The Court, having considered the agreed motion for an extension of time, the Declaration of John J. Samson, and the records and files herein, does hereby find and ORDER:

The agreed motion for an extension of time to May 25, 2022, to file an answer to the habeas corpus petition is GRANTED.

DATED this 21st day of April, 2022.

              _____
              BRIAN A. TSUCHIDA
              United States Magistrate Judge

Presented by:

ROBERT W. FERGUSON
Attorney General

*s/ John J. Samson*
JOHN J. SAMSON, WSBA # 22187
Assistant Attorney General

ORDER GRANTING AGREED MOTION FOR EXTENSION OF TIME TO FILE AN ANSWER (PROPOSED)
NO. 2:22-CV-00270-JHC-BAT

1

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
PO Box 40116
Olympia, WA 98504-0116
(360) 586-1445