THE HON. BRIAN A. TSUCHIDA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABDULLAHI KHALIF NOOR,<br><br>    Petitioner,<br><br>v.<br><br>MELISSA ANDREWJESKI,<br><br>    Respondent. | CAUSE NO. 22-cv-00270-JHC-BAT<br><br>STIPULATION AND PROPOSED ORDER SCHEDULING TRAVERSE/REPLY DATE AND RENOTING CONSIDERATION DATE<br><br>*Noted for June 6, 2022* |

IT IS HEREBY AGREED AND STIPULATED by the Petitioner, Abdullahi Khalif Noor, through his attorney, Neil M. Fox, and the Respondent, Melissa Andrewjeski, by and through her attorneys, Robert Ferguson, Attorney General of Washington and John J. Samson, Assistant Attorney General, that the Petitioner's Reply/Traverse to the Respondent's Answer and Memorandum of Authorities, Dkt. 9, shall be due by June 20, 2022, and the matter should be renoted for June 24, 2022.

This schedule is requested due to personal issues of Petitioner's counsel.

STIPULATION AND PROPOSED ORDER
SCHEDULING TRAVERSE/REPLY DATE
AND RENOTING CONSIDERATION DATE - Page 1
*Noor v. Andrewjeski*, 22-cv-00270-JHC-BAT

Law Office of Neil Fox, PLLC
2125 Western Ave., Ste. 330
Seattle, Washington 98121
206-728-5440

1   DATED this 6th day of June 2022.

2   Respectfully submitted,

3

4   s/ Neil M. Fox
    WSBA No. 15277
5   Attorney for Petitioner

6

7   ROBERT W. FERGUSON
    Attorney General

8   s/ John J. Samson
    JOHN J. SAMSON
9   WSBA No. 22187
    Assistant Attorney General

**ORDER**

Based upon the stipulation of the parties and for good cause shown, IT IS SO ORDERED.

Petitioner's Reply/Traverse to the Respondent's Answer and Memorandum of Authorities, Dkt. 9, shall be due by **June 20, 2022**, and the matter should be renoted for **June 24, 2022.**

Dated: June 6th, 2022.

_____
THE HONORABLE BRIAN A. TSUCHIDA

STIPULATION AND PROPOSED ORDER
SCHEDULING TRAVERSE/REPLY DATE
AND RENOTING CONSIDERATION DATE - Page 2
*Noor v. Andrewjeski*, 22-cv-00270-JHC-BAT

**Law Office of Neil Fox, PLLC**
2125 Western Ave., Ste. 330
Seattle, Washington 98121
206-728-5440