THE HONORABLE JOHN H. CHUN

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| ABDULLAHI KHALIF NOOR,<br><br>Petitioner,<br><br>v.<br><br>MELISSA ANDREWJESKI,<br><br>Respondent. | NO. 2:22-cv-00270-JHC-BAT<br><br>ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO OBJECTIONS |

The Court, having considered the unopposed motion for an extension of time, the Declaration of C. Mark Fowler Samson, and the records and files herein, does hereby find and ORDER:

The unopposed motion for an extension of time to January 2, 2023, to file a response to Petitioner Noor's objections to the report and recommendation is GRANTED.

DATED this  19th  day of  December  2022.

*[signature: John H. Chun]*
JOHN H. CHUN
United States District Judge

Presented by:

ROBERT W. FERGUSON
Attorney General

*s/ C. Mark Fowler*
C. Mark Fowler, WSBA #59895
Assistant Attorney General

ORDER GRANTING UNOPPOSED
MOTION FOR EXTENSION OF TIME
TO FILE TO RESP. TO OBJECTIONS
NO. 2:22-CV-00270-JHC-BAT

1

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
PO Box 40116
Olympia, WA 98504-0116
(360) 586-1445